1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

VINCENT HARRIS,                                CV F   06-0462 OWW DLB HC

                Petitioner,              ORDER GRANTING PETITIONER'S
                                               REQUEST FOR EXTENSION OF TIME TO
    v.                                       FILE OPPOSITION TO RESPONDENT'S
                                               MOTION TO DISMISS

KATHY MENDOZA-POWERS,                          [Doc. 7]

                Respondent.
_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

      Pending before the Court is Petitioner's request for an extension of time to file an

opposition to Respondent's motion to dismiss, filed August 7, 2006.  (Court Doc. 7.)

      Good cause having been demonstrated, Petitioner's request for an extension of time is

granted, and any opposition to Respondent's motion shall be filed within thirty (30)days from the

date of service of this order.


      IT IS SO ORDERED.

    Dated:   __September 8, 2006__              _____/s/ **Dennis L. Beck**_____
ah0l4d                                         UNITED STATES MAGISTRATE JUDGE