UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT HARRIS. ) | 1:06-cv-00462-OWW-DLB-HC |
| ) | |
| Petitioner, ) | **ORDER ADOPTING FINDINGS AND** |
| ) | **RECOMMENDATIONS** (Doc. 12) |
| v. ) | |
| ) | **ORDER DENYING MOTION TO** |
| KATHY MENDOZA-POWERS, ) | **DISMISS** (Doc. 6) |
| ) | |
| Respondent. ) | |
| ) | |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On September 18, 2006, the Magistrate Judge filed Findings and Recommendations that Respondent's Motion to Dismiss for lack of subject matter jurisdiction and failure to state a claim for relief be DENIED, and the matter be referred back to the Magistrate Judge for issuance of a further scheduling order.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed objections to the Findings and Recommendations.

//

1   In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendations are supported
5 by the record and proper analysis.
6   Accordingly, IT IS HEREBY ORDERED that:
7   1.  The Findings and Recommendations, filed September 18,
8 2006, are ADOPTED IN FULL;
9   2.  Respondent's Motion to Dismiss for lack of subject matter
10 jurisdiction and failure to state a claim for relief, filed July
11 24, 2006, is DENIED; and,
12   3.  The matter is referred back to the Magistrate Judge for
13 issuance of a further scheduling order.
14 IT IS SO ORDERED.
15 **Dated:   November 22, 2006**            **/s/ Oliver W. Wanger**
   emm0d6                                    UNITED STATES DISTRICT JUDGE