# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT HARRIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KATHY MENDOZA-POWERS,<br><br>　　　　　Respondent._____/ | CV F   06-0462 OWW DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER TO PETITION |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner filed the instant petition for writ of habeas corpus on March 28, 2006, in the United States District Court for the Northern District of California.  On April 21, 2006, the action was transferred to this Court.

　　　　On July 24, 2006, Respondent filed a motion to dismiss the petition for lack of jurisdiction.  On September 18, 2006, the Court issued Findings and Recommendation that the motion be denied.  The Recommendation was adopted by the District Judge on November 27, 2006, and the action was referred back to the undersigned for issuance of a further briefing schedule.

　　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　　　1.　　within sixty (60) days from the date of service of this order, Respondent shall file an answer to the petition in accordance with the Court's May 22, 2006, order to

1

respond;

2. Petitioner may file a traverse within thirty (30) days from the date Respondent files her answer; and

3. All other provisions of the Court's May 22, 2006, order to respond remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 22, 2007**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE