IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT HARRIS,

    Petitioner,                        No. CIV 06-00462 ALA HC

vs.

KATHY MENDOZA-POWERS, et al.,

    Respondent.                       ORDER

_____/

       Vincent Harris, a prisoner currently in custody in Avenal State Prison, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Therein, he asserts that his due process rights were violated when California Governor Arnold Schwarzenegger reversed the Board of Prison Terms' determination that he was suitable for parole. On June 22, 2007, the Court issued an order directing Respondent to file an answer to Mr. Harris' petition within sixty days of the date of service of the order, and stating that Mr. Harris "may file a traverse within thirty (30) days form the date Respondent files her answer." Docket No. 14, at 2.

       On August 21, 2007, Respondent filed an Answer to Mr. Harris' petition. Therein,

1

1 Respondent asserts that the petition should be dismissed because the state court decision denying
2 Mr. Harris' state petition for a writ of habeas corpus was not contrary to, or an unreasonable
3 application of, federal law as established by the Supreme Court.  Specifically, Respondent
4 contends that Mr. Harris received "all the process to which he was entitled" when he was
5 provided an opportunity to be heard and a written copy of the Governor's decision.  Answer at 5-
6 6.  Before the Court rules on the merits of Mr. Harris' petition, it must give Mr. Harris notice
7 and an opportunity to present his arguments on the issues raised in Respondent's Answer.

8     For the foregoing reasons, Mr. Harris IS HEREBY ORDERED to file a Traverse
9 responding to the arguments set forth in Respondent's Answer, on or before Friday, September
10 21, 2007.

12 DATED: August 23, 2007

14     /s/ Arthur L. Alarcón
    UNITED STATES CIRCUIT  JUDGE
    Sitting by Designation